No. 638. BITUMINOUS COAL PRODUCERS BOARD FOR DISTRICT No. 8 *v.* POWELL ET AL. January 6, 1941. Peti-

tion for writ of certiorari to the Circuit Court of Appeals for the Fourth Circuit denied. *Mr. Burr Tracy Ansell* for petitioner.